IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0386
 ((((((((((((((((

 In Re Dallas County Hospital District D/B/A Parkland Health & Hospital
 System, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The agreed motion to extend abatement, filed on March 9, 2011,
is granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket until March
23, 2011, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 11th day of March, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk